**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Abdirahim Siidow Mohamoud Samatar

Petitioner,

v.

David Easterwood, Kristi Noem, Pamela Bondi, Daren K. Margolin

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00724-SHL-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 8 Notice and 9 Status Report confirming Petitioner's release from custody, the the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date:2/20/2026

KATE M. FOGARTY, CLERK